# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Operating Engineers Local #49 Health and Welfare Fund and Central Pension Fund of the International Union of Operating Engineers and Participating Employers, Local #49 International Union Of Operating Engineers and Associated General Contractors of Minnesota Apprenticeship and Training Program and their Trustees,<br><br>     Plaintiffs,<br><br>v.<br><br>Thielen Construction Co., Inc.,<br><br>     Defendant. | Civil No. 04-1085 (DWF/SRN)<br><br><br><br><br><br><br><br>**ORDER FOR DISMISSAL** |

_____

Mitchell W. Converse, Esq., Jensen Bell Converse & Erickson, PA, and Sharonah A. Jacobus, Esq., Hellmuth & Johnson PLLC, counsel for Plaintiffs.

_____

  **IT IS ORDERED** that the Clerk forthwith enter judgment dismissing the above action with prejudice and without costs or disbursements to either party.

Dated: July 7, 2005       s/Donovan W. Frank
               DONOVAN W. FRANK
               Judge of United States District Court